

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

## APPLICATION TO PROCEED IN FORMA PAUPERIS

I declare that I am unable to pay the costs of these proceedings.                    2:26-cv-00201

Employment Status: ____0_____

Monthly Income: _____0_____

Cash or Bank Accounts: ___0_____

Property Owned: _____0_____

Monthly Expenses: __0_____

I certify under penalty of perjury that the above information is true and correct.

Date: March 09, 2026

By: Jaylen D. Bell

Jaylen Dalaino Bell