# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

**FILED**
**MAR 16 2026**
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Jaylen Dalaino Bell, Plaintiff,
v.
City of St. Albans; St. Albans Police Department; Officer Griffith; and other unknown officers, Defendants.

## CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

2:26-cv-00201

1. This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's constitutional rights.
2. Jurisdiction is proper under 28 U.S.C. §§1331 and 1343.

### Statement of Facts

3. On July 29, 2023, Plaintiff was arrested in St. Albans, West Virginia.
4. Plaintiff was detained for an extended period while criminal proceedings were pending.
5. The criminal case was ultimately dismissed with prejudice by the Circuit Court of Kanawha County.
6. Plaintiff alleges violations of rights secured by the Fourth and Fourteenth Amendments.

### Relief Requested

Plaintiff requests compensatory damages, punitive damages, costs, and any further relief the Court deems proper.

Date: March 09, 2026

By: *Jaylen D. Bell*
Jaylen Dalaino Bell